LODGED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY DVE    DEPUTY

1  Name: MAURICIO HERNANDEZ
2  Address: 6094 MORNINGDOVE
3  INDIANAPOLIS, IN 46228
4  Phone: (317) 488-0993
5  Fax: _____
6  In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAURICIO HERNANDEZ

CASE NUMBER: 8:22-CV-00096-UA

Plaintiff

To be supplied by the Clerk of
The United States District Court

v.

WASTE MANAGEMENT INC. & MIKE CERVANTES

Defendant(s).

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT

1-16-22

NAMES of Drivers That Had to Pay For their Employment At WASTE MANAgement They GAve Statements to HR About How Much They Had to Pay to Supervisor Carlos LARA they were Ready to Testify BACK When Before The Case Supposedly ended They Are Willing to testify Still fRANCISCA ARAISA got Copys of their Statements. Cash for JoBS is what started All this outregeaos. Actions Against me for Telling the Truth –

Rodolfo Antunez   1-951-464-3720
Enrique Hernandez  714 541-2429
Esteban Morales    1951 538-2369
Eduardo Lechuga    1714 468-0395
Emilio Ramirez     1714 514-5203

They Are willing to Testify

June 17, 2015                    New Evidence

I am sending all copies of the case so you can see what Francisca Araiza did. This case started when the company held a meeting to find out if somebody charged Hispanics cash for jobs. Out of the 125 drivers, only I came forward with the truth. HR asked if it was true that somebody charged money, after HR promised no retaliation to whomever came forward, I did. I said "I have to pay $500.00 to Mr. Carlos Lara, Supervisor for the job." HR got mad at me right away, after HR promised no retaliation, HR stated that if I did not prove what I said, you are going to be in a lot of trouble. Right then, it was my word against Carlos Lara. In a few more days, 7 more drivers came forward. I made a list for the drivers to sign, they did. HR rejected it, HR wanted individual statements. The drivers then each made their own statements and I got them from them and gave them to HR. One HR had the statements, they confronted Mr. Lara about him charging money for jobs. Carlos knew that I had said the truth about him charging money for jobs and he quit on the spot as he knew he was guilty and could not deny it. That's when my suffering began. Management was very mad at me and some of the other drivers as well. They stopped talking to me, their supervisor would call me names like "motherfucker". Three or four years after this incident, a new HR guy was waiting for me at around 10:00 a.m. I had started work at 5:00 a.m. that day. I came to the office to exchange trucks around 10:00 a.m. He said Mauricio do you want to go see a doctor. This surprised me a lot. I said "look, I'm not bleeding, no broken bones and nothing is wrong with me, I don't need to see a doctor." He insisted that I go see this doctor for about 2 hours. I was scared and frightened by him. He said you have too many problems with the cash for jobs incident. I said I complained about the mistreatment after I came forward about this and nobody cared. Then this driver, Guadalupe Guerrero drove me to the property of the company just to get HR off my back. I said if Mr. Guerrero was with us, that I would go. I went with him out of fear. I want Mr. Guerrero to go with us as a witness and he was allowed to go with us by Mr. Bob Coyle. The HR guy's name is Mike Cervantez. Mike drove us to this place that I did not know. It was a big building and we went to the reception desk. Mike said "Mauricio is here" and this lady received us and we went to her office. Once in her office, Mr. Cervantez told me to tell her about my experiences at Waste Management after my complaint against Carlos. Some co-workers would call me "son-of-a-bitch" and "motherfucker". Something that surprises me very much was that I went to the bathroom and when I got out, the lady was outside of the bathroom door, like guarding me. She followed me to the bathroom without me seeing her. We then went back to her office, where we finished talking about my misery and she told me that she doesn't want to be the bad guy, but that I could not go home or back to work. I asked why and she stated that you are a 51-50. I asked what that was and she stated that you are "crazy and are a threat to yourself and others". Then I realized what kind of doctor she was. When we arrived at the hospital he stated to me that he had set up the appointment the day before. I never authorized him to make the appointment for me. After being detain illegally, 6 hospital staff were ready to handle me. I kept calm and I was taken to the 3rd floor, escorted by hospital staff. ↑took me to a room where all the crazy people were. I was terribly scared and thought I was going to be executed that night. I thought that this is it and my life would end there. I got even more scared when I thought what about if they torture me first and then kill me. I was more than fearful of the situation and up to

Page 1                                              And The↑

this minute, nobody has cared about me or the violations against me or the law. While incarcerated under false pretenses, none of my family knew where I was. Only the company knew. The day before this happened, I had met Mr. Larry Agran. Ex-Mayor of the city of Irvine. He practicing law and no longer Mayor. I had his card while detained illegally and I asked one of the guards if they could please give me my wallet that had been taken from me and he did give it to me. I called Larry and explained the situation and he said that the company could not be that stupid to do that to you and that according to Larry, I could never understand the seriousness of this matter. He said it was horrendous. He said he was coming to get me, but that he was hoping that I really wasn't there or wouldn't be there when he got there. The nurse comes to my room with a piece of paper which she told me to sign and stated that my attorney was downstairs. By then I didn't trust anybody. I did not sign the paper. I asked her to let me speak with Larry and she put him on the phone. I spoke with Larry and he advised that he was downstairs on the 1st floor, while I was still on the 3rd floor. I told him that the nurse wanted me to sign a paper and he said not to sign anything and to tell her to bring the paper down to him so that he could read what it said. I told the nurse to take the paper down to Larry and she never did. Larry demanded to see me and the hospital had no choice but to let him see me. Once that happened, Larry came to my room and he asked me if I fought at the company and I stated no. He asked if the company called the police on me, and I stated no, I was just exchanging trucks at the company. When Mike kidnapped me and brought me to the hospital. One of the crazy ladies while I was detained called me a police officer. I knew that I wasn't the police. I saw these people crazy, so happy, they were singing, dancing, clapping their hands. I had an impulse to join them, but I said to myself that they are crazy and I am not. Larry got me out of my room and we both went to the hospital director. Larry asked why I was there and the director stated that he did not know. Larry asked what I did and the director stated that he did not know. Larry asked if he had the signature of a judge, police report or any family members consent to admit him and the director stated no. Larry asked what the hospital was going to do with me and the director stated that he did not know. Larry said that since they had no legal right to keep me there, that he was taking me with him. They knew they had no grounds to detain me. After 6 hours of being there, I went home. Larry and his co-attorney, William Crosby took the case. Larry knew the company, Waste Management. In 11 months, Larry and William never filed anything in Court regarding this matter. Every time Larry would set an appointment with me, he stated he was sorting things out (this was over the 11 month period). I had only a month left to file anything in Court, Larry advised me to resign after I was fired illegally. After the fact of being fired illegally, I wrote a letter per Larry's advice. This incident happened on a Friday and when I went back to work on Monday, I found out I was fired. I didn't understand how I was fired, but that I also had to resign. The company accepted my resignation, and maybe my resignation helped the company because of Larry's advice. Anyway, Larry and William never helped me. I sought help from a 3rd attorney, Francisca Ariaza, whom was working for a law firm (Potter, Cohen & Samuelson) in Pasadena. She took my case on a contingency basis of 40%. The case started, depositions began of the people involved and after that, Francisca separated from Potter, Cohen & Samuelson. She sent me a letter for me to sign to take my case with her and I signed it. I think it was my mistake to sign this, but I hired her as I didn't know how to defend myself and she knew how. The case continued and my deposition was videotaped. I gave Francisca about $4,000.00 for expenses and she said ok. I presented Francisca with a document from Waste Management that stated that they accept that they owe me over $5,000.00 in wages. In order for the company to pay me what they owed me, I had to sign the document. I refused to sign and Francisca stated that if I would sign

Page 2

the document, I could have been fired the next minute. So Francisca charged the company with Fraud and I told her the whole story about what had happened and the people involved. She filed suit in Santa Ana, California Superior Court. The case continued, Francisca called me and asked me to bring every document she had sent me; which I did, but she kept sending me back the same documents she previously had sent me. She took Mr. Guerrero's deposition as well as Ms. McIntoch and Mike's deposition. It surprised me that she set up an appointment to go to her office and I did and she gave me a piece of paper with my picture and company property. The picture was blurry in the face and she asked me if I knew who was in the picture and I said yes, it was me. She said ok, that's all. I didn't understand what that meant, maybe we are watching or spying on you. By then she was very rude to me, but not at the beginning. We went to court twice, but nothing happened. I saw the company attorney's there, but we did not go to trial, no jury selection, nothing. Maybe they were playing with my mind to make me believe that there was court and that this was supposed to be done. We never went before a jury or a judge. The judge knew there were approximately 10 charges that you will find in the documentation (these are the ones I remember):

1. Cash for jobs
2. Confinement
3. Fraud
4. False Incarceration
5. Breach of Contract
6. Fair Dealing
7. Incarceration under False Pretenses
8. Assault
9. Battery

She refused to take the deposition of Jerry, this is the guy that assaulted and battered me. She said that he was to smart and absolutely refused to take his deposition. You will find the names of the co-worked that came forward for the cash for jobs incident because they paid too. She refused to take them to trial to testify and I don't know WHY??? It is not easy for me to write all of this, it's like a project forcing my mind to remember, and I have to write it little by little all because Francisca did not do the job I hired her for. She handled my case differently. I'm sure that by the time I finish this letter, I have forgotten a lot of other details. Mike Cervantez' deposition, he admitted to doing these things to me and he did them because his superiors told him to and would not take the blame on himself. He flipped and gave the names of the people whom told him to do it; these are in the documents. The company knew they were 100% guilty, Francisca knew they were 100% guilty and I had all kids of witnesses (approximately 125). I told Francisca everything and she told me I had a case against Larry and William and I asked her to go after them too and she let it go. While talking with William Crosby he had the same hospital do this other victims in the past and he got a 6 figured monetary compensation for them; what about me? I got zero!!! Maybe Larry and William negotiated with the hospital for the other settlements, but none for me. I am sick from all of this, even though it's a long time ago. I feel that Waste Management damaged me psychologically, emotionally, mentally, and my nervous system is a mess after all of this. I need professional help such as a psychiatrist, who charges me $150.00 an hour, so Waste Management has damaged me. Larry and William helped Waste Management, and Francisca knowing all of this, she joined with Waste Management to hurt me

Page 3

even more. Why, I ask? Where all of them paid off by Waste Management to keep them quite? Did they just lie to me, deceive me, mislead me and fool me? I know that the law was created to help the victims. The law is not designed for a legal immigrant to come to America and charge money for jobs and he blows the whistle on them for this. I know better now. All people involved don't remember me and they don't want to, but I think of them every day and it's hard. Larry told me that the company offered me $250,000.00 to shut up about the incident, but only by word of mouth. I'm sure Waste Management didn't want to go to trial and lose a case in front of a jury and Francisca knew I had them. Mike admitted that he kidnapped me. Francisca turned against me for the company. I know now that kidnapping charges do not expire and she decided *See attachment* to use a Summary Adjudication and 1 proposal that were not signed. Out of the 10 charges, I had only the right to 2; Fair Dealing and Breach of Contract. What about the other 8 that were true? The witness to these charges are still alive and a lot of people know what the company did to me. Francisca had Mike's confession that he kidnapped me, why did she let this go? She told me that I had lost the case and that was a low blow to me. We never went to trial, she is not a judge or jury that can declare me the loser. She knew that I did not know and was vulnerable. She said things to me that I didn't understand and that the law can work for those who can afford it. Also, she told me to have my kids color on Court documents or basically destroy them. Why would she do this, was she trying to destroy evidence of what she did. I conserved these documents and Francisca advised that I lost the case. Previous to this, she had sent me an offer to settle from the company for $7,000.00 minus the 40% for her pay. The complaint was for $500,000.00 plus punitive damages. She put better than 3 years into this case. Out of $7,000.00, she received $2,200.00. What about the $500,000.00 and punitive damages we were asking for? So I spent $4,000.00 out of pocket, plus the money the company owed me of $5,800.00. I only got $7,000.00. Where is the rest of my damages? What did I win? Nothing. Just more suffering. I was diagnosed with Post Traumatic Stress Disorder by my doctor; and continue to suffer from it more and more as I cannot forget what they did to me. I wish the media would allow me to tell my story and the misery all of this has cause for the whole world to hear. When attorney's graduate from law school and are admitted to practice, they have a duty to uphold the law. Now what are they going to tell me, that it was too long ago to pursue any sort of repercussion against them? They broke the law, and now want the law to save them. What an irony!!! I remember Francisca sent me a form with about 4 carbon copies to sign, but the form was not filled out by her and the information on the form had not been filled in yet. She wanted me to sign a blank form and I did sign it. I believe that she may have filled this out after receiving it back from me with my signature for a worker's compensation case. She told me she was taking a worker's compensation case cause nobody else wanted my case. I know Francisca is a Labor Law Attorney, not a Worker's Compensation Attorney, but I do not know if they are the same thing. I was waiting for a day to go to trial and that was supposed to be 8/26/1996. But before that date, without my permission, she closed the case and told me that I lost.

*She Took a ....* $7,000.00 settlement to favor Waste Management executives. Did Waste Management pay her money to bite the bullet and save them while she hurt me in the process? She knew I was telling the truth and the paper I signed as a release was in fact not a release but a blank paper with my signature. Those 2 documents, Summary Adjudication and Proposal were not signed. I think anybody could have made them. Francisca once told me not to show any of my documents to the Judge and I asked her why and she stated that she might give them to the defending attorney and this doesn't make any sense. That day I had the Summary Adjudication with me, I did not show it to the judge or ask about it. It surprised me as I thought

all documents have to go through the Court. Why did she prohibit me from showing it to the judge? I have told this story many, many times to many, many different people. I am sick of telling it. In April 2015, I visited Santa Ana, California. I went to Hermandad Mexicana, an association that helps people with different issues. I told the story to an attorney at Hermandad Mexicana and she said that Francisca told you that you lost the case, she committed malepractice. Hermandad Mexicana attorney advised me to get ahold of the California State Bar regarding this. The Intake Office at the Bar requested that I set an appointment with J. Walker who is an analyst for them. I did this and we talked. She stated that she could not help me. My second option was to contact the Audit and Review Office and that is why I am writing you this letter and enclosing copies of all documents regarding this matter. There should be more documents, but Francisca took them from me. After the supposed settlement, I was in the hand of Maria Mayoral, my psychiatrist. Francisca stated to not contact her or Waste Management again and that she wanted nothing to do with me or my case any longer. She didn't care about me and I kept seeing Dr. Mayoral. I asked Francisca to appeal my case and she stated that she wouldn't. I know now that there was nothing to appeal. She told me I had 1 month to find another attorney to help me with this and I now know that I had more than 1 month. Francisca would send me copies of other cases to read, and I didn't care for these cases. I think she was trying to convince me even more to just let the case go. After the complaint had been filed in court, Francisca asked me in a very stern and hateful tone "what did Waste Management do to you?" I cried and was very naive to all of this. Why would she torture me with such a question when she already knew the back ground and what they had done to me. So here I am tearing my insides out of impotence. There has been no restitution, no justice and no payment from those who harmed me. I have seen on t.v. that people go to jail for lesser charges. I believe that if Francisca had taken my case to Court like she was supposed to, the Judge would have signed a Warrant for Mike Cervantez arrest as well as the other individuals who kidnapped me. But of course, Waste Management didn't want that to happen and Francisca knew that even though this was a civil case, it also dealt with criminal matters. Francisca stated to me to not say anything about Waste Management. She advised that if I did, Waste Management would have me arrested and put in jail. When did Waste Management become the law? So it was a nightmare since the beginning of a living nightmare since the date I started working for Waste Management. I had to pay to become hire, I was paid illegally, I had to go through everything they have put me through and continue to put me through. I am still hungry and thirsty for justice to be served. I know this is a great country, but unfortunately, there are people like the ones involved, and none of them have ever received any sort of reprimand for faced justice for their action. This is a big cover up for the parties involved. I know someone who did kidnap someone and they served a 16 year prison sentence for this. But yet the individuals that kidnapped me continue to walk free each and every day!!! Where is the justice in this????? I have learned about a case in the State of Indiana about a Police Officer who will stop Hispanics while they were driving and when he pulled them over, if they did not have a driver's license, he would take all of their money they had and then let them go. He was finally caught and is currently serving an 8 year sentence for this. How about me being kidnapped? No jail for nobody. Where were Francisca's ethics. So all of them laugh at the law and at me. They are mocking the law!!! I am still searching for help with all of this and nobody seems to care or want to help me. I am begging for your assistance in this matter!!! I am seeking help and trying to locate a psychiatrist to continue to help me mentally. I am hurt by everyone involved and I feel they need to be held responsible for what they have done to me. Previous to the hospital incident, I received twice at my apartment in California, 2 letters from a psychiatrist in Newport

Jay M. Wehmeier, Attorney
Jay M. Wehmeier & Associates, P.C.



To: Irvine Police Department
Attention: David Maggard Jr.
Chief of Police, Criminal Complaints and Investigations.
1 Civic Center Plaza
Irvine, California, 92606

RE: my client and complainant Maurcicio Hernandez whom resides at
3589 N. Lynhurst Dr. Indianapolis, IN. 46224 and has cell phone
317 998 4353

In regards to your online reporting window.
This is not a 911 emergency matter.
This incident occurred within the Irvine City limits
There are several known suspects.
This did not occur on a State Freeway.

Monday, October 05, 2015

RE: Mauricio Hernandez,

Dear Sir,

I am representing Mauricio Hernandez, in this matter. He has asked me to help him contact you so you can consider beginning a *criminal matter* on his behalf and *pressing charges against the offenders*.

*client copy*
*10/5/15*

5243 Rockville Rd., Indpls, IN 46224   Phone: 317-244-1878
Fax: 317-244-3049   E-mail us at:   Jay@jaywehmeier.com

Beach California. I never met this psychiatrist. I have never seen this doctor, how did he know my address. I threw these letters in the trash. The letters stated that I had 4 more sessions to go and that I had already completed 2 sessions, but I had never competed any. Someone must have given them my address in Corona. He was building me a case or a file, but why? Who was he working for? Is all of this like what the call in the United States "They are trying to pull a fast one on me." It goes beyond that, it's more than that. I live very sad because of all of this as I was detained illegally by the hospital. I wished I would have known what I was going through. I wish then that I was an animal, and not have to feel or see what I was going through. This is a good story for a movie. I need justice to have peace. I need restitution from the people who were working at Waste Management and still are. The company kept me from earing my wages just for telling the truth. While I was talking to William Crosby that when he got the hospital to settle for the other people that they had done this to, there was an article in the Santa Ana newspaper about this. Why didn't anybody know about my story? Is it because I am Hispanic and am naïve to the law? I am not knowledgeable enough in the arear of law to be my own attorney, I need an attorney to help me fight all of this injustice. Right after Francisca's verdict against me, I wrote to ACLU and they advised that they sympathize with me about all of the injustice, however, they could not help. I did what I needed to do at the right time and my attorneys were supposed to help me not hurt me. Please reinstate my case and make these people face justice. If you will help me, I will expose them publically. You wouldn't want them doing this to your family, friends or loved ones. I am also somebody's loved one and am more than sure that when they go before God and asked what did they do with their abilities and talents to become attorneys, did you use these talents to hurt Maurcio Hernandez? What will their response to God be? These people are a bunch of cowards because they took premediated advantage of me and did these things to me. I asked someone to please declare these people guilty of all of the charges, plus any additional charges that may come to surface to them coving this up. I am willing to travel to California to face these people and demand the justice I deserve!!! Why did they do this? It is very hard to be a foreigner. We are too vulnerable in many aspects of our lives. Please feel free to contact me by telephone at 317-737-0705 to discuss this matter. This if this happened to you, wouldn't you want justice too? I am willing to testify before any agency with power to investigate this outrageous conduct. Criminals walking free, this is the USA, not a 3rd World County. I remember Francisca telling me that if we go to trial, you must answer me what I ask you and answer me right or I will hang you. I did not know at that time what she meant, but now I understand. I didn't hire her to hang me, I hired her to help me. I don't think Francisca worked to benefit me. I understand very little about all of this, but you will understand very clearly in the documentation. I forgot a lot more details, I will forward a copy of every television station if I cannot get assistance.

I thank you for your time and assistance in this matter.

6-17-15
Date

Mauricio Hernandez

Subscribed and sworn to before one this 17th day of June, 2015

6/17/15
Date

Marcile R. White, Notary Public

MARCILE R WHITE
SEAL
Notary Public, State of Indiana
My Commission Expires May 11, 2016

Page 6

*[Handwritten top margin: The Truth is in This Piece of Paper But it was Hid from Me By My Atty. Francisca Ayaiza]*

*[Handwritten left margin: 5-5-2017 1 Week Ago Today I Found out My Atty Francisca Ayaiza Hid this From Me She Just Said You Lost The Case]*

1   responses are based upon information presently available to
2   Respondent and are made without prejudice to Respondent's
3   right to utilize subsequently discovered facts.
4       This preliminary statement is incorporated into each of
5   the responses set forth below.

<u>RESPONSES TO SPECIAL INTERROGATORIES</u>

7   <u>RESPONSE TO SPECIAL INTERROGATORY NO. 1</u>   Yes.
8   <u>RESPONSE TO SPECIAL INTERROGATORY NO. 2</u>   Mike Cervantes,
9   Guadalupe Guerero, Ms. Mahoh, Paul Spann and Doctor
10  at the Psychiatric facility that he wanted to kill himself,
11  and that he wanted to kill his supervisors; on or about
12  October 21, 1994.
13  <u>RESPONSE TO SPECIAL INTERROGATORY NO. 3</u>   Cervantes testified
14  at his deposition that he had contacted the Benefits prog;
15  had spoken with Paul Spann, Ron Benner and others and had
16  been instructed to take plaintiff to the psychiatric
17  facility. Discovery and investigation continues. *[handwritten: OR Better said Kidnappe Plaintiff Mike Did]*
18  <u>RESPONSE TO SPECIAL INTERROGATORY NO. 4</u>   Bill Farr, Paul
19  Sohnen, Bob Coyle, ROn Benner. Discovery and investigation
20  continues. *[handwritten: Proof of Guilt]*
21  <u>RESPONSE TO SPECIAL INTERROGATORY NO. 5</u>   Defendant WMI and
22  Cervantes at all times knew that Plaintiff would be detained
23  at the psychiatric facility. Department of Cervantes;
24  Plaintiff, B. Coyle, P. Spann, B. Fan, M. Cervantes, Terry *[handwritten: Larry M.it]*
25  Agran, former attorney for plaintiff, Guadalupe Guerrero.
26  Discovery and investigation continues.
27  <u>RESPONSE TO SPECIAL INTERROGATORY NO. 6</u>   Presenlty
28  unemployed.

*[Handwritten bottom: I am willing to Travel to Any City and Talk to CNN.]*

1-of-3
Pages
Mrs
Rios

1  HAWKINS, SCHNABEL, LINDAHL & BECK
   Richard C. Weston, Bar # 126491
2  660 S. Figueroa Street
   Suite 1500
3  Los Angeles, California 90017-3457
   (213) 488-3900
4
   Attorney for Defendants,
5  WASTE MANAGEMENT, INC. and MIKE CERVANTES
6
7           SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                    FOR THE COUNTY OF ORANGE
9
10 MAURICIO HERNANDEZ,              ) CASE NO. 752277
                                    )
11           Plaintiff,             ) [Judge Ronald L. Bauer]
                                    )
12    vs.                           ) NOTICE OF RULING RE DEFENDANTS'
                                    ) MOTION FOR SUMMARY JUDGMENT/
13 WASTE MANAGEMENT, INC. and MIKE  ) ADJUDICATION
   CERVANTES,                       )
14                                  ) Date:  12/17/96
             Defendants             ) Time:  1:30 p.m.
15                                  ) Dept:  23

16 To Plaintiff and His Counsel:

17         Please take notice that on December 17, 1996, at 1:30 p.m. in Department 23 of
18 the above-entitled Court, the motion for summary judgment, or in the alternative, summary
19 adjudication of issues, of defendants Waste Management, Inc. ("WMI") and Mike Cervantes
20 ("Cervantes"), came before the Court for hearing, the honorable Ronald L. Bauer, judge
21 presiding.

22         Upon consideration of the papers submitted by both parties and argument of
23 counsel, the Court ruled as follows:

24      1. Summary adjudication is denied as to plaintiff's first cause of action for
25         breach of implied contract alleged against defendant WMI.
26      2. Summary adjudication is denied as to plaintiff's second cause of action for
27         breach of the implied covenant of good faith and fair dealing alleged against
28         defendant WMI.

-1-

kg\0824\026#27416

SUPERIOR COURT OF THE STATE OF CALIFO.

FOR THE COUNTY OF ORANGE

MAURICIO HERNANDEZ,                )
                                   )
            Plaintiff,             )
                                   )
    vs.                            )   No. 752277
                                   )
WASTE MANAGEMENT, INC., et al.,    )
                                   )
            Defendants.            )
_____)

DEPOSITION OF MAURICIO HERNANDEZ, the plaintiff herein, taken on behalf of defendants at 9:33 a.m. on Thursday, May 23, 1996, at 660 South Figueroa Street, Suite 1500, Los Angeles, California, before Stephen P. Hooper, CSR, RPR.

**ORIGINAL**

REPORTED BY:

Stephen P. Hooper
CSR No. 7664

OUR FILE NO. 4984

BANNON/HILL
Certified Shorthand Reporters
210 North Central Avenue
Suite 210
Glendale, CA  91203
(818) 547-2020
(213) 245-0507

FCO GALLO
Jose Nieto

ATTN

~~TERRA Bradley~~,

No Docket Number
No Court Stamp
No Signature By Judge

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| MAURICIO HERNANDEZ, | CASE NO. 752277 |
| Plaintiff, | [Judge Ronald L. Bauer] |
| vs. | ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION |
| WASTE MANAGEMENT, INC. and MIKE CERVANTES, | Date: 12/17/96 |
| | Time: 1:30 p.m. |
| Defendants | Dept: 23 |

The motion for summary judgment, or in the alternative, summary adjudication of issues (C.C.P. § 437c) of defendants Waste Management, Inc. ("WMI") and Mike Cervantes ("Cervantes") came before the Court for hearing on December 17, 1996, at 1:30 p.m. in Department 23 of the this Court, the honorable Ronald L. Bauer, judge presiding. Richard C. Weston of Hawkins, Schnabel, Lindahl & Beck appeared for defendants WMI and Cervantes and Francisca N. Araiza of the Law Offices of Francisca N. Araiza appeared for plaintiff Mauricio Hernandez ("Hernandez").

After full consideration of the evidence, Statements of Material Facts and Supporting Evidence and Memorandums of Points and Authorities submitted by the parties, and the argument of counsel, the Court finds that there are no triable issues of material fact as to the following causes of action and claims asserted in the Complaint of plaintiff Hernandez. Summary adjudication should be granted as a matter of law for these reasons:

-2-

kg\0824\026#27424

Att'N Terra Bradley Brentley

1. Plaintiff's third cause of action for intentional infliction of emotional distress asserted against defendants WMI and Cervantes is without merit because [noticed issue 5] it is preempted by workers' compensation law, and [noticed issue 6] there is no evidence of outrageous conduct.

2. Plaintiff's fourth cause of action for defamation asserted against defendants WMI and Cervantes is without merit because [noticed issue 7] plaintiff suffered no damage from the publications at issue, and [noticed issue 8] the publications at issue are privileged under controlling law.

3. Plaintiff's fifth cause of action for false imprisonment asserted against defendants WMI and Cervantes is without merit because [noticed issue 9] defendants did not confine him, and [noticed issue 10] he was held in accordance with law by an authorized medical facility.

4. Plaintiff's seventh cause of action for fraud asserted against defendants WMI and Cervantes is without merit because [noticed issue 11] there is no evidence supporting any of its elements.

5. Plaintiff's claims for punitive damages asserted against defendants WMI and Cervantes are without merit because [noticed issue 12] there is no evidence that defendants acted with fraud, malice or oppression.

The Court hereby adopts as undisputed the Statement of Material Facts and Supporting Evidence submitted by defendants WMI and Cervantes with respect to noticed issues 5-12 summarily adjudicated [material facts 5-35].

The Court also finds that the motion for summary adjudication of issues of defendants WMI and Cervantes should be denied with respect to noticed issues 1-4 for these reasons:

1. There exists a triable issue of material fact with respect to plaintiff's first cause of action for breach of contract asserted against defendant WMI only [noticed issues 1 and 2].

-3-

kg\0824\026#27424

*[handwritten at top: FCO GAIIO Jose Nieto   ATTN Tetra~~District~~ Breatley]*

2. There exists a triable issue of material fact with respect to plaintiff's second cause of action for breach of the implied covenant of good faith and fair dealing asserted against defendant WMI only [noticed issues 3 and 4].

Based on the issues summarily adjudicated, and the issues remaining, the Court also finds that there are no causes of action or claims remaining in plaintiff's Complaint asserted against defendant Cervantes, and that defendant Cervantes is therefore entitled to judgment as a matter of law.

It is therefore ORDERED that the motion for summary judgment, or in the alternative, summary adjudication of issues of defendants WMI and Cervantes is granted as set foth above, that the issues identified shall be deemed to be established for purposes of trial, and that the final judgment in this action shall, in addition to any other matters determined at trial, award judgment in conformity with the matters herein adjudicated.

Date: _____, 1996

_____
The Honorable Ronald L. Bauer,
California Superior Court Judge

+

-4-

kg\0824\026#27424

*1 of 5 pages for Mrs Rios*

```
 1  HAWKINS, SCHNABEL, LINDAHL & BECK        RECEIVED DEC 30
    Richard C. Weston, Bar # 126491
 2  660 S. Figueroa Street
    Suite 1500
 3  Los Angeles, California  90017-3457
    (213) 488-3900
 4
    Attorney for Defendants,
 5  WASTE MANAGEMENT, INC. and MIKE CERVANTES
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| MAURICIO HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT, INC. and MIKE CERVANTES,<br><br>    Defendants | CASE NO. 752277<br><br>[Judge Ronald L. Bauer]<br><br>[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION<br><br>Date:  12/17/96<br>Time:  1:30 p.m.<br>Dept:  23 |

Defendants Waste Management, Inc. ("WMI") and Mike Cervantes ("Cervantes") hereby submit their [proposed] order regarding their motion for summary judgment, or in the alternative, summary adjudication of issues (C.C.P. § 437c), heard on December 17, 1996, at 1:30 p.m. in Department 23 of the this Court, the honorable Ronald L. Bauer, judge presiding.

December 19, 1996                         Hawkins, Schnabel, Lindahl & Beck

                                          By: Richard C. Weston,
                                          Attorneys for Defendants WASTE
                                          MANAGEMENT, INC and MIKE CERVANTES

-1-

kg\0824\026#27424

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| MAURICIO HERNANDEZ, | CASE NO. 752277 |
| Plaintiff, | [Judge Ronald L. Bauer] |
| vs. | ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION |
| WASTE MANAGEMENT, INC. and MIKE CERVANTES, | Date: 12/17/96 |
| | Time: 1:30 p.m. |
| Defendants | Dept: 23 |

The motion for summary judgment, or in the alternative, summary adjudication of issues (C.C.P. § 437c) of defendants Waste Management, Inc. ("WMI") and Mike Cervantes ("Cervantes") came before the Court for hearing on December 17, 1996, at 1:30 p.m. in Department 23 of the this Court, the honorable Ronald L. Bauer, judge presiding. Richard C. Weston of Hawkins, Schnabel, Lindahl & Beck appeared for defendants WMI and Cervantes and Francisca N. Araiza of the Law Offices of Francisca N. Araiza appeared for plaintiff Mauricio Hernandez ("Hernandez").

After full consideration of the evidence, Statements of Material Facts and Supporting Evidence and Memorandums of Points and Authorities submitted by the parties, and the argument of counsel, the Court finds that there are no triable issues of material fact as to the following causes of action and claims asserted in the Complaint of plaintiff Hernandez. Summary adjudication should be granted as a matter of law for these reasons:

-2-

kg\0824\026#27424

1. Plaintiff's third cause of action for intentional infliction of emotional distress asserted against defendants WMI and Cervantes is without merit because [noticed issue 5] it is preempted by workers' compensation law, and [noticed issue 6] there is no evidence of outrageous conduct.
2. Plaintiff's fourth cause of action for defamation asserted against defendants WMI and Cervantes is without merit because [noticed issue 7] plaintiff suffered no damage from the publications at issue, and [noticed issue 8] the publications at issue are privileged under controlling law.
3. Plaintiff's fifth cause of action for false imprisonment asserted against defendants WMI and Cervantes is without merit because [noticed issue 9] defendants did not confine him, and [noticed issue 10] he was held in accordance with law by an authorized medical facility.
4. Plaintiff's seventh cause of action for fraud asserted against defendants WMI and Cervantes is without merit because [noticed issue 11] there is no evidence supporting any of its elements.
5. Plaintiff's claims for punitive damages asserted against defendants WMI and Cervantes are without merit because [noticed issue 12] there is no evidence that defendants acted with fraud, malice or oppression.

The Court hereby adopts as undisputed the Statement of Material Facts and Supporting Evidence submitted by defendants WMI and Cervantes with respect to noticed issues 5-12 summarily adjudicated [material facts 5-35].

The Court also finds that the motion for summary adjudication of issues of defendants WMI and Cervantes should be denied with respect to noticed issues 1-4 for these reasons:

1. There exists a triable issue of material fact with respect to plaintiff's first cause of action for breach of contract asserted against defendant WMI only [noticed issues 1 and 2].

kg\0824\026#27424

2. There exists a triable issue of material fact with respect to plaintiff's second cause of action for breach of the implied covenant of good faith and fair dealing asserted against defendant WMI only [noticed issues 3 and 4].

Based on the issues summarily adjudicated, and the issues remaining, the Court also finds that there are no causes of action or claims remaining in plaintiff's Complaint asserted against defendant Cervantes, and that defendant Cervantes is therefore entitled to judgment as a matter of law.

It is therefore ORDERED that the motion for summary judgment, or in the alternative, summary adjudication of issues of defendants WMI and Cervantes is granted as set foth above, that the issues identified shall be deemed to be established for purposes of trial, and that the final judgment in this action shall, in addition to any other matters determined at trial, award judgment in conformity with the matters herein adjudicated.

Date: _____, 1996

The Honorable Ronald L. Bauer,
California Superior Court Judge

+

kg\0824\026#27424

-4-

