UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00096-DOC-JDEx | Date | May 6, 2022 |
|---|---|---|---|
| Title | Mauricio Hernandez v. Waste Management Inc et al | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On May 2, 2022, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 9). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

- : -

Initials of Deputy Clerk   kdu